FILED

02/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 22-0596

_____

IN RE THE MARRIAGE OF )
)
PHILIP HAROLD BULLARD, )
)
    Petitioner and Appellant, )    **ORDER**
)
    v. )
)
WINDY LYNN BIRKELAND, )
)
    Respondent and Appellee. )

UPON review of the *Unopposed Motion for Extension of Time to File Opening Brief* by counsel for the Petitioner/Appellant herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellant's Opening Brief is extended to March 31, 2023.

Electronically signed by: **1**
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2023